IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cv-61731-MOORE/HUNT

MARIA O. ESTEVEZ,

    Plaintiff,

v.

MSC CRUISES, S.A.,

    Defendant.
_____/

## JOINT MOTION TO ATTEND MEDIATION VIRTUALLY

Pursuant to the Federal Rules of Civil Procedure and this Court's Order of Referral to Mediation (ECF No. 19), Plaintiff Maria O. Estevez and Defendant MSC Cruises, S.A., file this Joint Motion to Attend Mediation Virtually and in support state as follows:

1. This matter involves a cruise line passenger who alleges she suffered personal injury while aboard the *MSC Seaside*. On November 12, 2019, the Court entered its Order of Referral to Mediation (ECF No. 19). Local Rule 16.2 (e) requires "all parties and required claims professionals (*e.g.,* insurance adjusters) shall be physically present at the mediation conference…"

2. In keeping with the Court's Order, the parties agreed upon Michael P. Essington, Esq., 1221 Brickell Avenue Suite 2400, Miami, Florida 33131 to mediate this case and have scheduled mediation on September 3, 2020, at 2:00 pm.

3. In light of the unique circumstances due to the Covid-19 pandemic and out of an abundance of caution, the Parties respectfully request this Court enter an Order allowing the Parties and their respective counsel to attend the scheduled mediation virtually via video conference or telephonically. Mediator Michael P. Essington is capable of conducting mediations via video

conference and telephonically.

4. In Administrative Order 2020-24 Third Order Concerning Jury Trials and Other Proceedings, Chief District Judge K. Michael Moore ordered that "Judges are strongly encouraged to conduct court proceedings by telephone or video conferencing where practicable."

5. The Parties remain committed to engaging in good-faith mediation while striving to protect the health and safety of all persons involved.

6. A proposed Order is attached for the Court's convenience.

WHEREFORE, Plaintiff Maria O. Estevez and Defendant MSC Cruises, S.A., respectfully request the Court grant this request and allow the Parties to attend the September 3, 2020 Mediation virtually via video conference or telephonically.

Dated: August 31, 2020
      Miami, Florida

### CERTIFICATE OF GOOD FAITH UNDER LOCAL RULE 7.1

Pursuant to Southern District of Florida, Local Rule 7.1, the parties confirm they are in agreement with the relief sought herein.

>                    Respectfully submitted,
>
>                    MALTZMAN & PARTNERS, P.A.
>
>                    By:        /s/ *Rafaela P. Castells*
>                               Jeffrey B. Maltzman, Esq.
>                               Florida Bar No. 48860
>                               jeffreym@maltzmanpartners.com
>                               Steve Holman, Esq.
>                               Florida Bar No. 547840
>                               steveh@maltzmanpartners.com
>                               Rafaela P. Castells, Esq.
>                               Florida Bar No. 98468
>                               rafaelac@maltzmanpartners.com
>                               55 Miracle Mile, Suite 300
>                               Coral Gables, FL  33134
>                               Tel: 305-779-5665

            Fax: 305-779-5664
            *Attorneys for Defendant*

            *and*

            GERSON & SCHWARTZ, P.A.

By:   /s/ *David Markel, Esq.*
     David Markel, Esq.
     dmarkel@gslawusa.com
     1980 Coral Way
     Miami, FL 33145
     Phone: 727-399-2222
     Fax: 727-399-2202
     *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 31st day of August, 2020. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

            By: /s/ *Rafaela P. Castells*
             Rafaela P. Castells, Esq.
             Florida Bar No. 98468

## SERVICE LIST
### CASE NO.: 19-cv-61731-KMM

| | |
|---|---|
| Nicholas I. Gerson, Esq.<br>ngerson@gslawusa.com<br>ybella@gslawusa.com<br>Philip M. Gerson, Esq.<br>person@gslawusa.com<br>Edward S. Schwartz, Esq.<br>eschwartz@gslawusa.com | Jeffrey B. Maltzman, Esq.<br>jeffreym@maltzmanpartners.com<br>Steve Holman, Esq.<br>steveh@maltzmanpartners.com<br>Rafaela P. Castells, Esq.<br>rafaelac@maltzmanpartners.com<br>MALTZMAN & PARTNERS, P.A. |

| | |
|---|---|
| David Markel, Esq.<br>dmarkel@gslawusa.com<br>GERSON & SCHWARTZ, P.A.<br>1980 Coral Way<br>Miami, FL 33145<br>Phone: 305-371-6000<br>Fax: 305-371-5749<br>*Attorneys for Plaintiff* | 55 Miracle Mile, Suite 300<br>Coral Gables, FL  33134<br>Phone: 305-779-5665<br>Fax: 305-779-5664<br>*Attorneys for Defendant* |